USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___9/9/2025___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUARRACINO

                    Plaintiff,

  -against-

KIMBERLY-CLARK ORGANIZATION

                   Defendant.

7:24-cv-3074 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      The Court is in receipt of Plaintiff's letter dated September 8, 2025, which Court will deem this letter as an extension of time request to obtain new counsel. The Court grants this request and Plaintiff has until on or before October 23, 2025 to appoint new counsel or the Court will assume that Plaintiff is proceeding pro se.

      Plaintiff is not without options; there is a Pro Se Law Clinic available to assist self-represented parties in civil cases, which may be able to provide Plaintiff with advice in connection with her case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center (CBJC); it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit). Litigants in need of legal assistance should complete the CBJC's intake form to make an appointment. If a litigant has questions about the intake form or needs to highlight an

urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). See flyer attached.

The Court of Clerk is directed to mail a copy of this endorsement to Plaintiff at 42 Wendy Drive, Poughquag NY 12570 and show service on the docket.

Dated:   September 9, 2025
        White Plains, NY

                                              _____
                                                NELSON S. ROMÁN
                                              United States District Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.



- Our online Intake Form is accessible via one of these methods:
    - Scan the QR code to the right.
    - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "**SDNY**" and then click "**APPLY FOR HELP**" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794,** leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:



**Counseling** about potential federal claims prior to filing suit

Consulting on **discovery** matters



**Interpreting and explaining** federal law and procedure

Assisting with the **settlement** process (including **mediation**)




**Reviewing drafted pleadings** and correspondence with the Court



