```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC #: _____
                                                    DATE FILED:   2/6/2026
```

GUARRACINO

                        Plaintiff,

-against-                                           24 CV 3074 (NSR)

KIMBERLY-CLARK CORPORATION                          **ORDER**

                        Defendants.


NELSON S. ROMÁN, United States District Judge,

      The Court is in receipt of several letters submitted by the pro se Plaintiff, dated September 23, 2025; October 8, 2025; and February 2, 2026. In these submissions, Plaintiff does not seek any affirmative relief with respect to the pending litigation. Rather, the letters discuss personal and health-related matters, as well as issues concerning Plaintiff's current and/or former attorneys. Because the Court finds that these letters are not germane to the issues presently before it and do not request any relief requiring judicial action, the letters need not be docketed.

      Plaintiff is reminded that she must file, on or before February 16, 2026, a letter response indicating whether she opposes or does not oppose Defendant's pending request. Failure to do so may result in the Court ruling on Defendant's request without further input from Plaintiff. The Clerk of Court is directed to mail a copy of this Endorsement to Plaintiff at 42 Wendy Drive, Poughquag, New York 12570, and show service on the docket.


Dated: February 6, 2026           SO ORDERED:
White Plains, New York

                                              NELSON S. ROMÁN
                                            United States District Judge